UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DEMETRA WEIGEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CV1491 RWS |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Demetra Weigel's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Audrey G. Fleissig who filed her Report and Recommendation on February 17, 2006. It is the Magistrate Judge's recommendation that the decision of the Social Security Commission be reversed and the action be remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendations.

The parties were advised that they had ten (10) days to file written objections to the Report and Recommendation. Neither party has filed an objection.

After careful consideration of the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#8] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendations.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  8th   day of March, 2006.